## 9903

### MEYER v. OWENS *ET AL.*

#### (95 S. E. 344.)

.APPEAL AND ERROR—DECISIONS REVIEWABLE—DEMURRER.—An order refusing to strike out a demurrer to the complaint as frivolous is not appealable.

Before SHIPP, J., Richland, November 10, 1916. Affirmed.

Action by Eliza J. Meyer against Lawrence B. Owens and others. From an order refusing to strike a demurrer to the complaint, plaintiff appeals.

*Mr. D. W. Robinson,* for appellant, cites: *As to joinder of causes of action:* Code of Procedure, sec. 218; 70 S. C. 253; 29 S. C. 407, 412-13; 105 S. C. 80; 72 S. C. 387. *As to right of trial by jury:* Code of Civil Procedure, sec. 312; 23 S. C. 370; 43 S. C. 192; 37 S. C. 169. *Frivolous pleadings:* Code, sec. 306; 37 S. C. 607; 2 S. C. 427; Black's Law Dic. 526; 90 S. C. 160; 91 S. C. 864.

*Messrs. Melton & Belser,* for respondents, cite: *As to joinder of causes of action:* Code, sec. 218; 23 Cyc. 428; 30 S. C. 114; 31 Cyc. 885-6-888-887; 23 Cyc. 431-432; 23 Tex. Civ. App. 504; 41 Mo. 274; 51 Kan. 617 (cited 1 Encyc. P. & P. 209); 45 Iowa 315 (cited 1 Encyc. P. & P. 209); 23 Cyc. 428; 29 S. C. 412-13; 70 S. C. 253. *As to frivolous demurrer:* 6 Ency. Pl. & Pr. 685-7; 46 Minn. 208 (cited 6 Encyc. Pl. & Pr., p. 387).

February 9, 1918.

The opinion of the Court was delivered by MR. JUSTICE HYDRICK.

Plaintiff appeals from an order refusing to strike out a demurrer to the complaint as frivolous.

The order is not appealable. Some of the reasons why such an order is not appealable are set forth in the cases

cited in *Woodward v. Woodward,* 87 S. C. 247, 69 S. E. 232. They need not be repeated here. The principal reason is that such an order does not affect the merits, and an appeal from it causes unnecessary delay in the determination of the merits.

Appeal dismissed.